**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICHARD T. BALSAVAGE, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
|     v. | : | NO. 11-5817 |
| | : | |
| JOHN E. WETZEL, et al., | : | |
|     Defendants. | : | |

## <u>ORDER</u>

**AND NOW**, this _20th___ day of __March_____, 2013, it is **ORDERED** that the

Petition for Writ of Habeas Corpus is **CONDITIONALLY GRANTED** on the ground that the

increased sentence Balsavage received after his appeal violates the Due Process Clause of the

Fourteenth Amendment because it is the product of judicial vindictiveness.  Accordingly,

Petitioner's sentence is **VACATED**.  The Petitioner shall be released from custody unless, **on or**

**before July 19, 2013**, Balsavage is resentenced to a term not to exceed that originally imposed

on May 31, 2007.


                                               s/Anita B. Brody


                                     _____

                                     ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: