IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD T. BALSAVAGE, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 11-5817 |
| | : | |
| JOHN E. WETZEL, et al., | : | |
|     Defendants. | : | |

### ORDER

**AND NOW**, this _20th___ day of __March_____, 2013, it is **ORDERED** that the Petition for Writ of Habeas Corpus is **CONDITIONALLY GRANTED** on the ground that the increased sentence Balsavage received after his appeal violates the Due Process Clause of the Fourteenth Amendment because it is the product of judicial vindictiveness. Accordingly, Petitioner's sentence is **VACATED**. The Petitioner shall be released from custody unless, **on or before July 19, 2013**, Balsavage is resentenced to a term not to exceed that originally imposed on May 31, 2007.

                                                                    s/Anita B. Brody

                                                      _____
                                                      ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to:

1